IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADIS & GOLDBERG, LLP,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AKSHITA BANERJEE, the SASB IRREVOCALE TRUST DATED JUNE 14TH, 2014, and ANANT J. GANDHI AS TRUSTEE and ALL SUCCESSOR TRUSTEES,<br><br>　　　　　　　Defendants. | Civil Action No. 2:21-CV-961 |

## TEMPORARY RESTRAINING ORDER

AND NOW, this 4th day of AUG., 2021, it is hereby ORDERED that the assets held by the SASB IRREVOCABALE TRUST DATED JUNE 14TH, 2014 up to $539,956 are frozen and Defendants are enjoined from dissipating assets or transferring assets out of the SASB IRREVOCABALE TRUST DATED JUNE 14TH, 2014 pending the outcome of a hearing on the merits of Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order.

It is necessary to enter this Order without notice to Defendants because Plaintiff reasonably fears that providing notice will trigger Defendants to intentionally transfer assets out of the SASB IRREVOCABALE TRUST DATED JUNE 14TH, 2014 for the purposes of hindering or delaying Plaintiff's efforts to collect on its valid judgment of $539,956 entered against Defendant Akshita Banerjee in civil action number 2:19-CV-01682 in the United States District Court for the Western District of Pennsylvania.

This Order shall remain in full force and effect for fourteen (14) days from the date hereof or unless sooner modified or dissolved by this Court.

Bond is set at $ 5,000.00. This Order is conditioned upon and shall not be effective until Plaintiff files a surety bond in the amount stated above.

The Court hereby schedules a preliminary injunction hearing on 16th day of AUGUST, 2021 at 9:30 AM/PM, via Videoconference. Zoom Invite to follow.

Pursuant to Federal Rule of Civil Procedure 5, upon the entry of this Order, Plaintiff will provide notice to Defendants.

BY THE COURT:

*Arthur J. Schwab*, J.