IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SADIS & GOLDBERG, LLP,**<br><br>Plaintiff,<br><br>vs.<br><br>**AKSHITA BANERJEE, THE SASB IRREVOCALE TRUST DATED JUNE 14TH, 2014, and ANANT J. GANDHI AS TRUSTEE and ALL SUCCESSOR TRUSTEES,**<br><br>Defendants. | Civil Action No. 2:21-CV-961<br><br><br>AUG 1 1 2021<br><br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

## MOTION TO UNSEAL THE DOCKET

Plaintiff, Sadis & Goldberg, LLP, through its undersigned counsel, files the within Motion consenting to the unsealing of the docket in the above-captioned case. Plaintiff hereby respectfully requests that the docket in the above-captioned case be unsealed.

    Respectfully submitted,

    MEYER, UNKOVIC & SCOTT LLP

    By: */s/ Kate E. McCarthy*
        Robert E. Dauer
        PA I.D. #61699
        red@muslaw.com
        Kate E. McCarthy
        PA. I.D. #325771
        kem@muslaw.com
        Henry W. Oliver Building
        535 Smithfield Street, Suite 1300
        Pittsburgh, PA 15222-2315
        (412) 456-2800
        (412) 456-2864/Fax

    Counsel for Plaintiff Sadis & Goldberg, LLP

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Motion to Unseal the Docket has been served upon the following by first class mail, postage prepaid, on this 11th day of August 2021, addressed as follows:

Akshita Banerjee
1514 Cook School Road
Pittsburgh, PA 15241

Robert O. Lampl (via email)
Robert O. Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
rol@lampllaw.com

The SASB Irrevocable Trust Dated June 14th, 2014
c/o Anant J. Gandhi
2007 Overlook Ct.
Canonsburg, PA 15317

Anant J. Gandhi
2007 Overlook Ct.
Canonsburg, PA 15317

By: /s/ *Kate E. McCarthy*
Kate E. McCarthy
PA I.D. #325771
kem@muslaw.com

Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315
(412) 456-2800
(412) 456-2864/Fax

ATTORNEYS FOR PLAINTIFF