IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**SADIS & GOLDBERG, LLP,**

        Civil Action No. 2:21-cv-00961-AJS

    **Plaintiff,**

  **v.**

**AKSHITA BANERJEE, THE SASB IRREVOCABLE TRUST DATED JUNE 14, 2014 and ANANT J. GANDHI AS TRUSTEE and ALL SUCCESSOR TRUSTEES,**

    **Defendants.**

## ORDER OF COURT

AND NOW, this __12th__ day of __August__, 2021 upon consideration of the parties' Consent Motion, it is hereby Ordered and Decreed that:

1. The hearing on the Motion for Preliminary Injunction is continued to __Oct 6, 2021__ at __9:30 am__ by Videoconference.

2. The time for the parties to submit Proposed Findings of Fact and Conclusions of Law is extended to __Sept 29,__ 2021.

3. The Temporary Restraining Order entered on August 4, 2021 shall remain in effect until the time of the rescheduled hearing.

                                BY THE COURT:

                                __s/Arthur J. Schwab__ J.