## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SADIS & GOLDBERG, LLP,

    Plaintiff,

v.

AKSHITA BANERJEE, the SASB IRREVOCABLE TRUST DATED JUNE 14TH, 2014, and ANANT J. GANDHI AS TRUSTEE and ALL SUCCESSOR TRUSTEES,

    Defendants.

Civil Action No. 2:21-cv-00961-AJS

**SUGGESTION OF BANKRUPTCY**

Filed on behalf of Defendants:
Akshita Banerjee, the SASB Irrevocable Trust Dated June 14th, 2014, and Anant J. Gandhi as Trustee and All Successor Trustees

Counsel of Record for this Party:

Robert O Lampl
PA I.D. #19809
James R. Cooney
PA I.D. #32706
Ryan J. Cooney
PA I.D. #319213
Sy O. Lampl
PA I.D. #324741
Alexander L. Holmquist
PA I.D. #314159
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: *rlampl@lampllaw.com*

United States Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 09/16/2021 at 2:25 PM and filed on 09/16/2021.

**Akshita Banerjee**
1514 Cook School Road
Pittsburgh, PA 15241
SSN / ITIN: xxx-xx-6685



The case was filed by the debtor's attorney:

**Robert O Lampl**
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
412-392-0330

The case was assigned case number 21-22031.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Michael R. Rhodes**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |
| 09/16/2021 14:51:48 |

| PACER Login: | robertolampl19809:2624192:0 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 21-22031 |
| Billable Pages: | 1 | Cost: | 0.10 |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify that on the 16th day of September, 2021, true and correct copies of the foregoing **SUGGESTION OF BANKRUPTCY** were served upon the following *(via electronic service):*

Ben Hutman
Sadis & Goldberg
551 Fifth Avenue, 21st Floor
New York, NY 10176
*bhutman@sadis.com*

Kate E. McCarthy
Robert E. Dauer
Meyer, Unkovic & Scott LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
*kem@muslaw.com*
*red@muslaw.com*

*/s/ Robert O Lampl*
Robert O Lampl