IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SAID & GOLDBERG, LLP,

      Plaintiff(s),                    21cv0961
                                        ELECTRONICALLY FILED

      v.

AKSHITA BANERJEE, ET AL.,

      Defendants.

## ORDER OF COURT

AND NOW, the Court having considered Defendant Akshita Banerjee's Suggestion of Bankruptcy (doc. 30), and given that she is a primary defendant and appears to be an indispensable defendant in this matter, this Court hereby REFERS this case to the Bankruptcy Court, STAYS this matter, and cancels the Preliminary Injunction Hearing scheduled for 10/6/21.  IT IS HEREBY ORDERED that this case shall be marked ADMINSITRATIVELY CLOSED.

           SO ORDERED this 27th day of September, 2021.

           s/Arthur J. Schwab
           Arthur J. Schwab
           United States District Judge

cc:     All counsel of record